

MC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

FEB - 6 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| KAREN A. BATES | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | CIVIL ACTION |
| (Name of the plaintiff or plaintiffs) | ) | |
| | ) | |
| v. | ) | NO |
| | ) | 1:18-cv-00965 |
| CITY OF CHICAGO | ) | Judge John Robert Blakey |
| | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| | ) | |
| | ) | |
| (Name of the defendant or defendants) | ) | |

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Karen A. Bates of the county of Cook in the state of Illinois.

3. The defendant is City of Chicago, whose street address is 121 North LaSalle Street, (city) Chicago (county) Cook (state) Illinois (ZIP) 60602

(Defendant's telephone number) ( 312) – 744-5777

4. The plaintiff sought employment or was employed by the defendant at (street address) 121 N. LaSalle St. (city) Chicago (county) Cook (state) Illinois (ZIP code) 60602

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [***check one box***]

(a)☐ was denied employment by the defendant.

(b)☐ was hired and is still employed by the defendant.

(c)☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) @June or July , (day)________, (year) 2009 .

7.1 ***(Choose paragraph 7.1 or 7.2, do not complete both.)***

(a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ *has not* ☒ *has* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

(i) ☐ the United States Equal Employment Opportunity Commission, on or about (month) April (day) 15 (year) 2016 .

(ii) ☒ the Illinois Department of Human Rights, on or about (month) April (day) 15 (year) 2016 .

(b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

(a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ Yes (month)_______________ (day)______ (year) _________

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)___________ (day) _________ (year) __________.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a)☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b)☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)___November___ (day)___20___ (year)___2017___ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [***check only those that apply***]:

(a)☐ Age (Age Discrimination Employment Act).

(b)☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [***check only those that apply***]

(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): Plaintiff incorporates by reference the allegations in the attached Charge of Discrimination

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Plaintiff incorporates by reference the allegations in the attached Charge of Discrimination

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [***check only those that apply***]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☒ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): ______________________________

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(g) [x] If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) [x] Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

Karen A. Bates

(Plaintiff's name)

Karen A. Bates

(Plaintiff's street address)

4752 N. Ashland Avenue, Unit 1

(City) Chicago (State) Illinois (ZIP) 60640

(Plaintiff's telephone number) ( 312 ) – 998-3003

Date: 2/6/2018

6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: [ ] FEPA [x] EEOC

Agency(ies) Charge No(s):

**Illinois Department of Human Rights** and EEOC

*State or local Agency, if any*

| Name *(Indicate Mr., Ms., Mrs.)* | Date of Birth |
|---|---|
| **Ms. Karen A. Bates** | [redacted] |

| Street Address | City, State and ZIP Code |
|---|---|
| **4752 N. Ashland Avenue, Unit 1, Chicago, IL 60640** | [redacted] |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two are named, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. with Area Code |
|---|---|---|
| **City of Chicago** | **15+** | **312-744-5777** |

| Street Address | City, State and ZIP Code |
|---|---|
| **121 N. LaSalle, Chicago, IL 60602** | |

| Name | No. Employees, Members | Phone No. with Area Code |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

RECEIVED EEOC
APR 15 2016
CHICAGO DISTRICT OFFICE

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[x] RACE [ ] COLOR [x] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[x] RETALIATION [ ] AGE [ ] DISABILITY [ ] OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **1-1-15** Latest: **present**
[x] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I am an African American female. I was most recently hired by the City of Chicago on or about March 15, 2006 (but also previously worked for the City). On or about December 31, 2014, I filed charge of discrimination, EEOC No. 440-2015-02000 against the City of Chicago and incorporate the allegations therein in this charge. After filing the charge, the City of Chicago harassed me and subjected me to unequal terms and conditions or employment. The unequal terms and conditions of employment and harassment included, but was not limited to, micro-managing my work, telling me not to speak with my co-workers and to higher level management (including about work complaints), making unfounded accusations and unprofessional statements about me, and creating unnecessary work assignments for me. I was discharged on or about June 24, 2015. At the time of my discharge, I had filed internal EEO charges alleging discrimination with the City of Chicago and I have not received any resolution relating to said charges. At the time of my discharge, my job title was Director of News Affairs. However, I was assigned to do the job duties of a Freedom of Information Officer for the City of Chicago. My termination letter did not state any reason for my discharge.**

**page 1 of 2**

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

March 18, 2016 — Karen A. Bates

Date — Charging Party Signature

NOTARY – *When necessary for State or Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):

[ ] FEPA

[x] EEOC

**Illinois Department of Human Rights** and EEOC

*State or local Agency, if any*

THE PARTICULARS ARE *(Continued from previous page)*:

**I believe that I was discriminated against by the City of Chicago based on my race and sex and retaliated against for filing an EEOC charge and other protected conduct in opposition to discrimination in that (as set forth above) the City of Chicago harassed me and subjected me to unequal terms and conditions of employment, discharged me, and failed to process my internal EEO Charges. I identified January 1, 2015 as the earliest date of discrimination in this charge because my earlier charge of discrimination was filed on December 31, 2014.**

**page 2 of 2**

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State or Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

March 18, 2016 — [signature]

*Date* — *Charging Party Signature*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*



U.S. Department of Justice
Civil Rights Division
NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

CERTIFIED MAIL
7003 0500 0002 5071 6677

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson , EMP, PHB, Room 4701*
*Washington, DC 20530*

November 08, 2017

Ms. Karen A. Bates
c/o Robert R. Cohen, Esquire
Law Offices of Frankel & Cohen
53 W. Jackson Blvd.
Suite 1615
Chicago, IL 60604

Re: EEOC Charge Against City of Chicago , et al.
No. 440201603600

Dear Ms. Bates:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC Chicago District Office, Chicago, IL.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

John M. Gore
Acting Assistant Attorney General
Civil Rights Division

by Karen L. Ferguson
Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Chicago District Office, EEOC
City of Chicago

U.S. Department of Justice
CIVIL RIGHTS-EMP-LIT
*Washington, D.C. 20530*

Official Business
Penalty for Private Use $300

CERTIFIED MAIL™

7003 0500 0002 5071 6677

US OFFICIAL MAI
$300 Penalty
For Private Use

Hasler
$06.560
11/09/2017
Mailed From 20001
US POSTAGE

1700

RETURN RECEIPT
REQUESTED

6060483722 C019

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

**Track Another Package +**

Remove ✕

**Tracking Number:** 70030500000250716677

Your item was delivered to an individual at the address at 12:46 pm on November 20, 2017 in CHICAGO, IL 60604.

## Delivered

November 20, 2017 at 12:46 pm
Delivered, Left with Individual
CHICAGO, IL 60604

**Tracking History**

**Product Information**

**Postal Product:**

**Features:**
Certified Mail™

**See Less**

## Can't find what you're looking for?

**How can I help you?**

Go to our FAQs section to find answers to your tracking questions.